ZACK I. DOMB, SBN 265185
E-Mail zack@dombrauchwerger.com
DEVIN RAUCHWERGER, SBN 274234
E-Mail devin@dombrauchwerger.com
JEFFREY P. JACKSON, SBN 290364
E-Mail jeff@dombrauchwerger.com
**DOMB & RAUCHWERGER LLP**
1055 East Colorado Blvd., Fifth Floor
Pasadena, California 91106
Telephone: (213) 537-9225

Attorneys for Plaintiff
JOSE MARTINEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MARTINEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNNOVA ENERGY CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-06346-MRA-MAR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br><u>Hearing Information</u>:<br><br>Date: October 3, 2024<br>Time: 1:30 p.m.<br>Courtroom: 10B<br>Judge: Monica Ramirez Almadani |

NOTICE IS HEREBY GIVEN that on October 3, 2024 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10B of the above District Court for the Central District of California, before the Honorable Monica Ramirez Almadani, District Judge, Plaintiff Jose Martinez ("Plaintiff"), will move for an Order remanding this action to the Los Angeles County Superior Court.

Said Motion will be made on the ground that Defendant has not proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 million, a requirement for federal diversity jurisdiction under 28 U.S.C. § 1332.

As a result, the federal district court has no jurisdiction for this action, and the District Court is required to remand this action to California Superior Court for the County of Los Angeles.

Pursuant to Local Rule 7-3, counsel for Plaintiff and for Defendant met and conferred in good faith telephonically on August 9, 2024 regarding this motion but were unable to reach an agreement to avoid this motion.

The Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Zack I. Domb, and the papers and records on file herein and on such oral and documentary evidence as may be presented at the hearing of the motion.

DATE: August 26, 2024 **DOMB & RAUCHWERGER LLP**

By: *<u>/s/ Jeffrey P. Jackson</u>* ________________
ZACK I. DOMB
DEVIN RAUCHWERGER
JEFFREY P. JACKSON
Attorneys for Plaintiff
JOSE MARTINEZ