UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06346-MRA-MAR | Date | June 18, 2025 |
|---|---|---|---|
| Title | *Jose Martinez v. Sunnova Energy Corporation, et al.* | | |

Present: The Honorable  MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER STAYING CASE DUE TO BANKRUPTCY FILING**

On June 16, 2025, Defendant Sunnova Energy Corporation filed a Corrected Notice of Suggestion of Bankruptcy Proceeding and Automatic Stay of Proceedings, stating that Defendant filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Texas (Case No. 25-90159). ECF 48. Under section 362 of the Bankruptcy Code, the filing of a bankruptcy petition operates as a stay of, *inter alia*:

> (1) the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate[.]

11 U.S.C. § 362(a)(1)-(3). Accordingly, this action is **STAYED** pending the resolution of Defendant's bankruptcy case. The clerk is directed to administratively close this matter pending further order of the Court.

**IT IS SO ORDERED.**

|  | - : - |
|---|---|
|  | Initials of Deputy Clerk  gga |